UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICHAEL HENDRIX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV622-046 |
| ) | |
| GATES REED, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 6), to which objections have been filed, (see doc. no. 7). Hendrix's Objections do not dispute the Magistrate Judge's conclusion that he failed to exhaust available state remedies prior to filing the instant Petition. (See doc. no. 7 at 2 (stating Hendrix's intent to "continue to exhaust all (state) superior court remedies . . . .") Accordingly, the R&R is **ADOPTED**. (Doc. no. 6.) Hendrix's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice.** (Doc. 1.)

A prisoner seeking relief under § 2254 must obtain a certificate of appealability ("COA") before appealing the denial of his application for a writ of habeas corpus. This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a), Rules Governing Section 2254 Proceedings. This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in Slack v. McDaniel, 529 U.S. 473, 482-84 (2000), Petitioner has failed

to make the requisite showing. Accordingly, the Court **DENIES** a COA in this case.[1] Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith, and Petitioner is not entitled to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3).

Upon the foregoing, the Court **CLOSES** this civil action.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] "If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a), Rules Governing Section 2254 Proceedings.