AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL HENDRIX,

Petitioner,

v.

GATES REED; BARCLAY BLACK; RENATA NEWBILL JALLOW; STATE OF GEORGIA,

Respondents,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV622-46

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 16, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 U.S.C. 2254 petiton is dismissed without prejudice. A Certificate of Appealability and in forma pauperis status are denied, and this case stands closed.



November 16, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020